No. 03–7602. BENITEZ-FARIAS v. UNITED STATES; MARTINEZ-VENTURA v. UNITED STATES; GONZALEZ-MURO v. UNITED STATES; MAGALLON-BARAJAS v. UNITED STATES; MADRIGAL-JIMENEZ v. UNITED STATES; and MONROY-CASTILLO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–7603. DE LEON-VICTORINO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–7605. ARROYO-JAIMES, AKA ARROYO v. UNITED STATES; GORROSTIETA-JIMENEZ, AKA GOROSTIETA-JIMENES v. UNITED STATES; and RAMIREZ-VARGAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 71 Fed. Appx. 424 (first judgment); 72 Fed. Appx. 986 (second judgment) and 987 (third judgment).

No. 03–7606. BROWN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–7610. NISHNIANIDZE v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–7611. AYUB-SAPIEN, AKA AYUB-ZAPIEN v. UNITED STATES (Reported below: 72 Fed. Appx. 219); CASARES-MELENDEZ, AKA CASARES, AKA MELENDEZ CASARES v. UNITED STATES (71 Fed. Appx. 428); GUTIERREZ-RUIZ v. UNITED STATES (72 Fed. Appx. 984); HERRERA-RODRIGUEZ v. UNITED STATES (72 Fed. Appx. 995); JIMENEZ-DIAZ v. UNITED STATES (71 Fed. Appx. 433); LOREDO-OLVERA, AKA RUBIO, AKA ESPARZA v. UNITED STATES (73 Fed. Appx. 694); LUEVANO-GOMEZ v. UNITED STATES (73 Fed. Appx. 72); PENAGOS-MENDEZ, AKA CAMPOS-NIETO v. UNITED STATES (72 Fed. Appx. 991); REYNA-VIDAL v. UNITED STATES (71 Fed. Appx. 418); TERAN, AKA LOPEZ-BURGOS v. UNITED STATES (71 Fed. Appx. 430); VEGA-ARVIZU v. UNITED STATES (72 Fed. Appx. 982); VENEGAS-RODRIGUEZ, AKA VENEGAS-ORTEGA, AKA RODRIGUEZ-VENEGAS v. UNITED STATES (72 Fed. Appx. 225); and ZUNIGA-MEJIA, AKA MEJIA ZUNIGA, AKA MEJIA-ZUNIGA v. UNITED STATES (73 Fed. Appx. 74). C. A. 5th Cir. Certiorari denied.

No. 03–7612. SARTORI v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.